UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CYNTHIA CARTER MCREYNOLDS, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| | )    Civil Action No. 01-0510 (ESH) |
| SODEXHO MARRIOTT SERVICES, INC., | ) ) ) ) |
| Defendant. | ) ) ) |

## ORDER

For the reasons stated in open court this date, the Court hereby grants the Motions to Approve Consent Judgment [#310 and #311] filed by the parties, and the Court further orders that the Decree be given full effect, including but not limited to:

1. As of the Effective Date, each and every released claim of each and every Settlement Class Member who has not timely opted-out is and shall be deemed to be conclusively released as against Sodexho. All Settlement Class Members as of the Effective Date are hereby forever barred and enjoined from prosecuting the released claims against Sodexho, as provided in Sections XII.D and E of the Decree.

2. The Court orders mailed notice of final approval and the claims process as provided in the Decree.

3. The Court orders the claims process to be effectuated as provided in the Decree.

4. The Court shall retain jurisdiction of this action for the purpose of entering orders that are authorized by the Decree and for awarding fees and costs.

5. The above-captioned action and all claims therein are dismissed with prejudice.

                                                  s/
                                    ELLEN SEGAL HUVELLE
                                    United States District Judge

Date:  August 10, 2005