# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **CYNTHIA CARTER MCREYNOLDS,** *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
|  | ) Civil Action No. 01-0510 (ESH) ) |
| **SODEXHO MARRIOTT SERVICES, INC.,** | ) ) ) ) |
| Defendant. | ) ) ) |

## ORDER

Given the large amount of out-of-pocket expenses ($2.5 million) requested by plaintiffs, the Court would like further information regarding the expenses listed in Exhibit 10 so it can decide if these expenses are reasonable. Accordingly, the Court would request that plaintiffs supplement their filing to provide an affidavit with an explanation and itemization or back-up documentation relating to all expense categories over $5,000.00.

                                                                                            s/
                                                 ELLEN SEGAL HUVELLE
                                                 United States District Judge

Date: March 15, 2006